UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,

**ORDER**

Plaintiff,                            10-cv-252 (ADS) (AKT)

-against-

WILLIAM GENOVA,

Defendant.
----------------------------------------------------------X

**APPEARANCES:**

**Michael T. Sucher, Esq.**
*Attorney for the plaintiff*
26 Court Street, Suite 2412
Brooklyn, NY 11242

**NO APPEARANCE**
William Genova


**SPATT, District Judge.**

The petitioner United States of America commenced this action on or about January 21, 2010, seeking to recover with regard to unpaid student loan debts and related interest owed by the defendant William Genova. On September 7, 2010, the Court entered a default judgment against the defendant William Genova, and referred the matter to United States Magistrate Judge A. Kathleen Tomlinson for an inquest as to damages. On November 11, 2010, Judge Tomlinson issued a thorough Report recommending that the plaintiff be awarded damages in the amount of $16,269.74, plus interest accruing at a daily rate of $0.98 from March 8, 2010 until judgment is entered. To date, no objection has been filed to Judge Tomlinson's Report and

Recommendation.

In reviewing a report and recommendation, a court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "To accept the report and recommendation of a magistrate, to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." Wilds v. United Parcel Serv., 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003) (citing Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985)). The Court has reviewed Judge Tomlinson's Report and finds it be persuasive and without any legal or factual errors. There being no objection to Judge Tomlinson's Report, the Court adopts the Report.

For the foregoing reasons, it is hereby:

**ORDERED** that Judge Tomlinson's Report and Recommendation is adopted in its entirety, and it is further

**ORDERED** that the Clerk of the Court is directed to enter a default judgment against William Genova in the amount of $16,269.74, plus interest accruing at a daily rate of $0.98 from March 8, 2010 until judgment is entered; and it is further

**ORDERED** that the Clerk of the Court is respectfully directed to close this case.

**SO ORDERED.**

Dated: Central Islip, New York
January 10, 2011

 /s/ Arthur D. Spatt
ARTHUR D. SPATT
United States District Judge